547 F.2d 309
 T. C. MORROW, Plaintiff-Appellant,
v.
AMERICAN BANK AND TRUST COMPANY, Defendant-Appellee.
 No. 75-3118.
 United States Court of Appeals,
Fifth Circuit.
 Feb. 16, 1977.
 
 Boris F. Navratil, Baton Rouge, La., for plaintiff-appellant.
 Neil H. Mixon, Jr., Baton Rouge, La., for defendant-appellee.
 Before BROWN, Chief Judge, AINSWORTH, Circuit Judge, and JAMESON*, District Judge.
 PER CURIAM:
 
 
 1
 AFFIRMED on the basis of the opinion of the District Court, Middle District of Louisiana (Judge E. Gordon West), 397 F.Supp. 803 (1975).
 
 
 
 *
 Senior District Judge for the District of Montana, sitting by designation